AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF OHIO

Janet G. Nyberg

V.

C.R. Bard, Inc., et al.

**SUMMONS IN A CIVIL CASE**

Case Number:

Judge:

Magistrate Judge:

TO: (Name and address of defendant)

C.R. Bard Inc.
c/o Registered Agent CT Corporation System
1300 E. 9th Street
Cleveland, Ohio 44114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, Ohio 44113

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

DATE: January 30, 2008

_______________________
(By) Deputy Clerk

AO 440 (Rev. 8/06) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:
( *Date* )

*Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.