**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** | ) | **MDL Docket No. 1842** |

**DEFENDANTS' SIXTIETH 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the District of Rhode Island**

*Doris Denise Beamon v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-00089, Judge Mary M. Lisi.

**United States District Court for the District of Minnesota**

*Brenda L. DesMarais v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-00636, Judge John R. Tunheim.

*Barbara J. Ripley v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-00637, Judge Joan N. Ericksen.

**United States District Court for the Northern District of Ohio**

*Janet Nyberg v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-00243, Judge Solomon Oliver, Jr.

**United States District Court for the Northern District of Oklahoma**

*Robert R. West v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00143, Judge Terence Kern.

Respectfully submitted,

Dated: March 12, 2008

SPRIGGS & HOLLINGSWORTH

/ DAV

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 12th day of March, 2008, a true and correct copy of the foregoing Defendants' Sixtieth Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on the following persons:

| | |
|---|---|
| **Adams & Reese**<br>E. Paige Sensenbrenner, Esq.<br>4500 One Shell Square<br>New Orleans, LA 70139 | **Counsel for Defendants: Raymond DeCorte, M.D. and Don Ray Guzetta, M.D** |
| **JONES, GREGG, CREEHAN, & GERACE LLP**<br>A. J. Plastino, II, Of Counsel<br>411 Seventh Avenue, Suite 1200<br>Pittsburgh, PA 15219 | **Counsel for Plaintiff: Mary Jean Smith, et al.** |
| **Albert F. Good**<br>100 Capitol Street<br>Suite 905<br>Charleston, WV 25301 | **Counsel for Plaintiffs: Frances Landers and Kenneth D. Landers** |
| **Alley Clark Greiwe & Fulmer**<br>Brenda S. Fulmer<br>701 E Washington Street<br>PO Box 3127<br>Tampa, FL 33601-3127 | **Counsel for Plaintiffs: Kenneth P. Randall and Cheryl M. Randall** |
| **ALVAREZ LAW FIRM**<br>Alejandro Alvarez<br>Alex Alvarez<br>355 Palermo Avenue<br>Coral Gables, FL 33134 | **Counsel for Plaintiff: Antonio Sanchez**<br>**Counsel for Plaintiffs: Clara M. Lord and Kenny Lord** |
| **AMY LYNN EWALD**<br>8357 Alleghenny Grove<br>Victoria, MN 55386 | **Counsel for Plaintiff: Clarice Higgins and Robert Higgins** |
| **ANTHONY J BRUSCATO**<br>P O Box 2374<br>Monroe, LA 71207 | **Counsel for Plaintiff: Barbara Nelson** |

**APELT &HRENKO**
Ronald A. Apelt
23220 Chagrin Blvd.
Ste. 300
Beachwood, OH 44122

**Counsel for Plaintiff: Scott Beal**

**ARNOLD & ITKIN**
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, TX 77010

**Counsel for Plaintiff: Juan Ramos**

**Arthur, O'Neil, Mertz & Bates**
Daniel R. Michel
901 Ralston Avenue
Defiance, OH 43512

**Counsel for Plaintiff: Pattie L. Davis and Jerry L. Davis**

**Aubrey T. Givens**
501 Union Street
Suite 307
Nashville, TN 37219

**Counsel for Plaintiff: Sharon Lorance**

**Aylston Witkin & Sasser PLC**
R. Jason Richards
55 Baybridge Drive
Gulf Breeze, FL 32561

**Counsel for Plaintiffs: Neil Montgomery, et al.**

**BURKE HARVEY & FRANKOWSKI**
One Highland Place
2151 Highland Avenue
Birmingham, AL 35205

**Counsel for Plaintiff: Clarice Higgins and Robert Higgins**

**BURNEY & BURNEY**
J Brent Burney
107 Grant Street SE
PO Box 1474
Decatur, AL 35602

**Counsel for Plaintiff: Carol Whelchel**

**BYRD, DAVIS & EISENBERG**
Daniel W. Andrews
707 W. 34th Street
Austin, TX 78705

**Counsel for Plaintiff: Sonya Mitchell**

| | |
|---|---|
| **Cable Law Offices**<br>Keith D. Cable<br>907 Tahoe Blvd, Ste 2<br>Incline Village, NV 89450 | **Counsel for Plaintiff: Diann Hendricks** |
| **Callis L. Childs**<br>Attorney at Law<br>243 U.S. Highway 64 East<br>Conway, AR 72032 | **Counsel for Plaintiffs: Carolene Jean Carter, et al.** |
| **CARR & CARR (TULSA)**<br>A Laurie Koller<br>P O BOX 35647<br>TULSA, OK 74135-0647 | **Counsel for Plaintiff: Tamara Harrington** |
| **CELLINO & BARNES, P.C,**<br>17 Court Street, 7th Floor<br>Buffalo, NY 14202 | **Counsel for Plaintiff: Richard Holley, Jr.** |
| **CHARLES H JOHNSON & ASSOCIATES, PA**<br>Charles H Johnson<br>2599 Mississippi St.<br>New Brighton, MN 55113 | **Counsel for Plaintiff: Kevin Eisenschenk**<br>**Counsel for Plaintiff: Tammy Laxton**<br>**Counsel for Plaintiff: Paula P. Thompson**<br>**Counsel for Plaintiff: Richard Clevenger**<br>**Counsel for Plaintiff: Randall Smerud**<br>**Counsel for Plaintiff: Nancy Swafford**<br>**Counsel for Plaintiff: Anton Bokemper**<br>**Counsel for Plaintiff: John E. Walters**<br>**Counsel for Plaintiff: Ruth E. Perman**<br>**Counsel for Plaintiff: Kristina Ouverson**<br>**Counsel for Plaintiff: Maria Lynn Steele**<br>**Counsel for Plaintiff: Michael L. Miller**<br>**Counsel for Plaintiff: Nickie L. Taylor**<br>**Counsel for Plaintiff: Richard W. Hoadley**<br>**Counsel for Plaintiff: John R. Peterson**<br>**Counsel for Plaintiff: Vivian E. Johnston**<br>**Counsel for Plaintiff: Lillian R. Hawkins**<br>**Counsel for Plaintiff: Maria C. Gomez**<br>**Counsel for Plaintiff: Brenda L. DesMarais**<br>**Counsel for Plaintiff: Barbara J. Ripley** |

| | |
|---|---|
| **Recile Griffith Stakelum & Hayes, LLP**<br>Jacqueline Blankenship, Esq.<br>Stephen H. Shapiro<br>One Galleria Blvd, Suite 1100<br>Metairie, LA 70001 | **Counsel for Defendant: Counsel for Defendant Jefferson Parish Hospital Service District No. 2, Parish of Jefferson, State of Louisiana, d/b/a East Jefferson General Hospital** |
| **Cindy L. Hawkins**<br>Attorney at Law<br>P.O. Box 805<br>105 Holcomb Street<br>Springdale, AR 72765-0809 | **Counsel for Plaintiffs: Mary Jane Campbell, et al.** |
| **Climaco, Lefkowitz, Peca, Wilcox & Garofoli**<br>John R. Climaco<br>Ste. 1950<br>55 Public Square<br>Cleveland, OH 44113 | **Counsel for Plaintiff: Janet Nyberg** |
| **COHEN, PLACITELLA & ROTH, PC**<br>Christopher M. Placitella<br>115 Maple Avenue<br>Red Bank, NJ 07701 | **Counsel for Plaintiff: Joseph Girton, Jr.** |

| | |
|---|---|
| **Cory Watson Crowder & Degaris**<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205 | **Counsel for Plaintiffs: Jane R. Wilson, et al.**<br>**Counsel for Plaintiff: David Kinney**<br>**Counsel for Plaintiff: J.W. Collins**<br>**Counsel for Plaintiff: Victoria McNeir**<br>**Counsel for Plaintiff: Elmer Knapp**<br>**Counsel for Plaintiff: Lynn Jones**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Brenda Randall**<br>**Counsel for Plaintiff: Loretta Renee Wilkins**<br>**Counsel for Plaintiff: Robert Witt**<br>**Counsel for Plaintiff: Jack Irving**<br>**Counsel for Plaintiffs: Steven Bost and Donna Byers**<br>**Counsel for Plaintiff: Sandra Barrientos**<br>**Counsel for Plaintiff: Roger Crouch**<br>**Counsel for Plaintiffs: Debra Linden and Timothy Linden**<br>**Counsel for Plaintiffs: Joyce Hopkins and William Hopkins**<br>**Counsel for Plaintiffs: William Singer and Theresa Singer**<br>**Counsel for Plaintiff: Pamela Sepeda**<br>**Counsel for Plaintiff: Heather Walker**<br>**Counsel for Plaintiff: Charles Gaddy, Jr**<br>**Counsel for Plaintiffs: Michael Gardner and Sheryl Gardner** |
| **Costello, McMahon, & Burke, LTD**<br>150 N. Wacker Drive, Suite 3050<br>Chicago, IL 60606 | **Counsel for Plaintiffs: Ernest Burge and Sharon Burge** |
| **Crumley & Associates, P.C.**<br>Marcus Edward Hayes, Sr.<br>2400 Freeman Mill Rd., Ste. 200<br>Greensboro, NC 27406 | **Counsel for Plaintiff: Brenda Randall**<br>**Counsel for Plaintiff: Elmer Knapp** |
| **Dandar & Dandar, PA**<br>Kennan George Dandar<br>550 N Reo St - Ste 106<br>PO Box 24597<br>Tampa, FL 33623-4597 | **Counsel for Plaintiff: Jason M. Cohn** |

**David M. Hicks & Associates**
David M. Hicks
Generally Admitted
7720 Stonebridge Golf Drive
Maryville, IL 62062

**Counsel for Plaintiff: Joyce Rios**
**Counsel for Plaintiff: Jerrie O'Dell**

**DAVID A. HODGES**
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429

**Counsel for Plaintiffs: Carolene Jean Carter, et al.**
**Counsel for Plaintiffs: Mary Jane Campbell, et al.**

**DAUGHERTY LAW OFFICES**
George A. Daugherty
22 Reynolds Avenue
Elkview, WV 25071

**Counsel for Plaintiffs: Frances Landers and Kenneth D. Landers**

**DOUGLAS & LONDON**
Michael A. London
111 John Street, 8th Floor
New York, NY 10038

**Counsel for Plaintiffs: John Dileonardo, et al**
**Counsel for Plaintiffs: Florence Horowitz, et al.**
**Counsel for Plaintiffs: Richard Brill and Charlotte Brill, et al.**
**Counsel for Plaintiff: Ronald Lagoe**

**DOUGLAS S. HARRIS**
1698 Natchez Trace
Greensboro, NC 27455

**Counsel for Plaintiff: Angel Marie Wilson, as administratrix of the estate of Brenda Myers**

**DOWDY & COCKERHAM**
Wayne Dowdy
P. O. Box 30
Magnolia, MS 39652

**Counsel for Plaintiff: Margaret Williams**

**Dupee, Dupee & Monroe, P.C.**
30 Matthews Street , P.O. Box 470
Goshen, NY 10924

**Counsel for Plaintiffs: Matthew Mann and Margaret Morrissey**

**Dyer, Garofalo, Mann & Schultz**
Kenneth J. Ignozzi
Ste. 1400
131 North Ludlow Street
Dayton, OH 45402

**Counsel for Plaintiff: Roger Crouch**
**Counsel for Plaintiffs: Debra Linden and Timothy Linden**
**Counsel for Plaintiffs: William Singer and Theresa Singer**

| | |
|---|---|
| **Eason and Tambornini**<br>Mathew R. Eason<br>1819 K Street<br>Suite 200<br>Sacramento, CA 95814 | **Counsel for Plaintiff: Rodney D. Anglin and Michael W. Anglin** |
| **Eckley M. Keach, Chtd.**<br>Eckley M. Keach<br>520 S. Fourth Street<br>Las Vegas, NV 89101 | **Counsel for Plaintiffs: Judy A. Nichol, et al.** |
| **Elk & Elk**<br>Michael L. Eisner<br>6110 Parkland Blvd.<br>Mayfield Heights, OH 44124 | **Counsel for Plaintiff: Pamela Sepeda**<br>**Counsel for Plaintiff: Heather Walker** |
| **ESHELMAN LEGAL GROUP**<br>Charles Richard Eshelman<br>205 Portage Trail Extension West<br>Cuyahoga Falls, OH 44223 | **Counsel for Plaintiff: David Kinney**<br>**Counsel for Plaintiffs: Joyce Hopkins and William Hopkins** |
| **Friedman Law Offices**<br>Daniel H. Friedman<br>3800 Normal Boulevard, Suite 200<br>Lincoln, NE 68506 | **Counsel for Plaintiff: Victoria McNeir** |
| **Gill Elrod Ragon Owen & Sherman, P.A.**<br>Marie Bernarde Miller<br>Metropolitan Tower<br>425 West Capitol Avenue<br>Suite 3801<br>Little Rock, AR 72201-2413 | **Counsel for Plaintiff: Max Givens**<br>**Counsel for Plaintiff: Holly Potts**<br>**Counsel for Plaintiff: John Kyle**<br>**Counsel for Plaintiff: Thomas Redding** |
| **Gray & Ritter, P.C.**<br>Maurice B. Graham<br>M. Graham Dobbs<br>701 Market Street, Suite 800<br>St. Louis, MO 63101-1826 | **Counsel for Plaintiffs: Timothy J. Edgar, et al.** |
| **GREGORY L. SCHELL, L.L.C.**<br>Gregory L. Schell<br>230 South Broad Street<br>Suite 1050<br>Philadelphia, PA 19102 | **Counsel for Plaintiff: Jacqueline White** |

| | |
|---|---|
| **Heninger Garrison Davis, LLC**<br>W. Lewis Garrison<br>Timothy C. Davis<br>William L. Bross<br>2224 1st Avenue North<br>Birmingham, AL 35203 | **Counsel for Plaintiffs: Lilyan Kathleen Hall, et al.**<br>**Counsel for Plaintiff: Clarice Higgins and Robert Higgins** |
| **HENSON & FUERST, P.A.**<br>Carmaletta L. Henson<br>P. O. Box 7008<br>Rocky Mount, NC 27804 | **Counsel for Plaintiff: Jack Irving**<br>**Counsel for Plaintiff: Algia Nelson** |
| **PLATTNER, VERDERAME, PC**<br>316 East Flower Street<br>Phoenix, AZ 85067 | **Counsel for Plaintiff: Carmell R. Adams Bradbury** |
| **Hochman & Plunkett Co., L.P.A.**<br>Gary D Plunkett<br>3077 Kettering Blvd., Suite 210<br>Dayton, OH 45439 | **Counsel for Plaintiffs: Debra Lee Williams and Anthony Williams** |
| **HOLLOWAY BETHEA & OSENBAUGH PLLC**<br>Dan L Holloway<br>3035 NW 63rd<br>Suite 102 N<br>Oklahoma City, OK 73116 | **Counsel for Plaintiff: Maria Chaparro** |
| **HOWIE & SWEENEY, L.L.P.**<br>3811 Turtle Creek Boulevard<br>Suite 1900<br>Dallas, TX 75219 | **Counsel for Plaintiffs: Tina Sue Thetford and Ricky Allen Thetford** |
| **HUGHES & COLEMAN**<br>Lee L. Coleman<br>P.O. Box 10120<br>Bowling Green, KY 42102 | **Counsel for Plaintiff: J.W. Collins** |
| **HUTTON & HUTTON**<br>8100 E. 22nd Street North Building, 1200<br>P.O. Box 638<br>Wichita, KS 67201 | **Counsel for Plaintiff: Harry Barsamian** |

| | |
|---|---|
| **LAW OFFICE OF JEFF S. DANIEL, PC**<br>Jeffrey S. Daniel<br>PO Box 131323<br>Birmingham, AL 35213 | **Counsel for Plaintiff: Donald Ray Horton** |
| **JESUS SOTELO**<br>Attorney at Law<br>PO Box 763<br>Pharr, TX 78577 | **Counsel for Plaintiff: Maria Huerta** |
| **John A. Zick**<br>34705 W. Twelve Mile Road<br>Suite 311<br>Farmington Hills, MI 48331-3265 | **Counsel for Plaintiff: Robert D. Hicks** |
| **John D. Sileo**<br>320 N. Carrollton Ave.<br>Suite 200<br>New Orleans, LA 70119 | **Counsel for Plaintiff: Earl Ivey** |
| **JOHN H MODESETT, III**<br>Attorney at Law<br>500 N Water<br>Ste 1200<br>Corpus Christi, TX 78471 | **Counsel for Plaintiff: Catalina Garcia** |
| **Johnson Clifton Larson & Corson, P.C.**<br>Derek C Johnson<br>975 Oak Street<br>Suite 1050<br>Eugene, OR 97401 | **Counsel for Plaintiff: Greg Kuhnle** |

| | |
|---|---|
| **JOHNSON LAW FIRM**<br>Steven Michael Johnson<br>3437 W 7th St<br>Suite 258<br>Fort Worth, TX 76107 | **Counsel for Plaintiff: Hazel Nevil**<br>**Counsel for Plaintiff: Kim Catlett**<br>**Counsel for Plaintiff: Joyce Arnesen**<br>**Counsel for Plaintiff: Vera Clay**<br>**Counsel for Plaintiff: William Doug Devine**<br>**Counsel for Plaintiff: Barbara Durst**<br>**Counsel for Plaintiff: Roseanne Eldred**<br>**Counsel for Plaintiff: Mashell Garrett**<br>**Counsel for Plaintiff: Frank Getcy, Jr.**<br>**Counsel for Plaintiff: Mary Nichols**<br>**Counsel for Plaintiff: Cheryl Light**<br>**Counsel for Plaintiff: Claude Honeycutt**<br>**Counsel for Plaintiff: Lynne Huerta**<br>**Counsel for Plaintiff: Rex Lee**<br>**Counsel for Plaintiff: Janet Loose**<br>**Counsel for Plaintiff: Randal McQuiller**<br>**Counsel for Plaintiff: Rickie Patton**<br>**Counsel for Plaintiff: Patricia Peters**<br>**Counsel for Plaintiff: Mary Polacek**<br>**Counsel for Plaintiff: Maxette Ratliff**<br>**Counsel for Plaintiff: Barbara Rogers**<br>**Counsel for Plaintiff: Mike Rood**<br>**Counsel for Plaintiff: Theresa Smith**<br>**Counsel for Plaintiff: Everett Stafford**<br>**Counsel for Plaintiff: Randall Study**<br>**Counsel for Plaintiff: Valerie Walker**<br>**Counsel for Plaintiff: Dorothy M. Young**<br>**Counsel for Plaintiff: Jonathan Jackson**<br>**Counsel for Plaintiff: Joyce McConathy**<br>**Counsel for Plaintiff: Rita Reed**<br>**Counsel for Plaintiff: Jodi Schaller**<br>**Counsel for Plaintiff: Larry Snider**<br>**Counsel for Plaintiff: Lecey Heckenlively** |
| **Jones, Gregg, Creehan & Gerace**<br>David C. Trimmer, II<br>411 Seventh Avenue<br>Suite 1200<br>Pittsburgh, PA 15219-1905 | **Counsel for Plaintiff: Mary Jean Smith, et al.** |
| **Kabateck Brown Kellner LLP**<br>Brian S Kabateck<br>644 South Figueroa Street<br>Los Angeles, CA 90017 | **Counsel for Plaintiff: John Benson**<br>**Counsel for Plaintiff: Kelley Keinath**<br>**Counsel for Plaintiff: Beverley Doyle** |

**KEATING JONES HUGHES, P.C.**
Robert M. Keating
One Southwest Columbia Street
Suite 800
Portland, OR 97258

**Counsel for Defendant: LEGACY HEALTH SYSTEM, d/b/a Meridian Park Hospital**

**Khorrami Pollard Abir LLP**
Baharak Dejban
444 South Flower Street 33rd Floor
Los Angeles, CA 90071

**Counsel for Plaintiff: John Benson**
**Counsel for Plaintiff: Kelley Keinath**
**Counsel for Plaintiff: Beverley Doyle**

**KIEVIT ODOM & BARLOW**
Bradley Syfrett Odom
635 W. Garden Street
Pensacola, FL 32502

**Counsel for Plaintiffs: Jane R. Wilson, et al.**

**KUTAK ROCK LLP**
William Douglas Martin
214 W. Dickson
Fayetteville, AR 72701

**Counsel for Defendants: Surgical Sense, Inc., WCO Medical Products Corporation**

**LANGSTON LAW FIRM, PA**
William Monroe Quinn, II
P.O. Box 787
Booneville, MS 38829-0787

**Counsel for Plaintiff: Robert Scott**

**Pollack and Flanders, LLP**
Albert C. Flanders
15 Broad Street
Suite 900
Boston, MA 02109

**Counsel for Plaintiff: Diane C. Andrews**

**Pollack and Flanders, LLP**
Michael Gallant
1250 Connecticut Ave
Suite 200
Washington, DC 20038

**Counsel for Plaintiff: Diane C. Andrews**

**LAW OFFICE OF DIANE STERNLIEB**
Diane Sternlieb
314 Bradley Street
Carrolton, GA 30117

**Counsel for Plaintiff: Sandra Grizzard and Billy Jack Grizzard**

| | |
|---|---|
| **Law Office of Donald D. Zuccarello**<br>Donald D. Zuccarello<br>Nina H. Parsley<br>3209 West End Avenue<br>Nashville, TN 37203 | **Counsel for Plaintiff: George Andrew Luffman**<br>**Counsel for Plaintiffs: Lydia F. Kolb, et al.**<br>**Counsel for Plaintiff: Lattica Lashey Horton**<br>**Counsel for Plaintiffs: Martha Burleson, et al.** |
| **LAW OFFICES OF EDWARD B. CHATOIAN**<br>Frank Lapomardo<br>Edward B. Chatoian II, Esq.<br>2607 Fresno Street<br>Fresno, CA 93721 | **Counsel for Plaintiffs: Frank Lapomardo and Barbara Lapomardo** |
| **Law Offices of Frank O. Hanson, Jr.**<br>Frank O. Hanson, Jr.<br>4401 Gary Avenue<br>Fairfield, AL 35064 | **Counsel for Plaintiffs: David Staton, et al.** |
| **Law Offices of Rodney A. Klein**<br>**Law Offices of Lawrence S. Paikoff**<br>Rodney A. Klein<br>Lawrence S. Paikoff<br>2300 Bell Executive Lane<br>Sacramento, California 95825 | **Counsel for Plaintiffs: Sue Divjak and Jay Childs**<br>**Counsel for Plaintiff: Rocky Bland** |
| **LAW OFFICES OF WILLIAM E. BOURGEOIS**<br>William Borgeois<br>1900 North 18th Street, Suite 452<br>P.O. Box Drawer 2255<br>Monroe, LA 71207-2255 | **Counsel For Defendant: Morehouse General Hospital** |
| **LEE COSSELL KUEHN & LOVE LLP**<br>Marcelino G. Lopez<br>Nathaniel Lee<br>127 East Michigan Street<br>Indianapolis, IN 46204 | **Counsel for Plaintiff: Teressa Hauk** |

**LAWTON & CATES**
Douglas Phebus
10 East Doty
Madison, WI 53703

**Counsel for Plaintiffs: James Daniel Mathein, et al.**

**LEE EADON ISGETT AND POPWELL GARY**
Walton Popwell, Jr
PO Box 1505
Columbia, SC 29202

**Counsel for Plaintiff: Mia Vanboenschoten**

**Levy, Ram & Olson LLP**
Michael Francis Ram
639 Front Street
4th Floor
San Francisco, CA 94111

**Counsel for Plaintiff: Joe Phoenix**

**LIMBEROPOULOS LAW FIRM**
400 N. Ashley Dr., Suite 2150
Tampa, FL 33602

**Counsel for Plaintiff: Clarissa Mahr**
**Counsel for Plaintiff: Gerard Destin**
**Counsel for Plaintiff: Richard Krywokulski**

**Lopez McHugh LLP**
Ramon Rossi Lopez
100 Bayview Circle
Suite 5600, North Tower
Newport Beach, CA 92660

**Counsel for Plaintiffs: Brian Sutton and Deborah Sutton**

**LUNDY & DAVIS**
Matthew E. Lundy
P.O. Box 3010
Lake Charles, LA 70602-3010

**Counsel for Plaintiff: Randall G. Woodard**
**Counsel for Plaintiff: Walter W. Rutherford**

**Lundy Law**
L. Leonard Lundy
1635 Market Street
19th Floor
Philadelphia, PA 19103

**Counsel for Plaintiffs: Denver Johnson and Mary Johnson**

**Mandelbaum & Schwarz, Ltd.**
Kim Irene Mandelbaum
2012 Hamilton Lane
Las Vegas, NV 89106

**Counsel for Defendant: Boulder City Hospital**

**McDivitt Law Firm, P.C.**
Michael David Eric McDivitt
19 East Cimarron Street
Colorado Springs, CO 80903

**Counsel for Plaintiffs: Patricia Savin and Joseph Savin**

**McMahan Law Firm**
John D McMahan
323 High Street
Chattanooga, TN 37403

**Counsel for Plaintiff: Grace Murrey and Edward Murrey, IV**

**Melat, Pressman, Ezell & Higbie**
Justin R. Melat
711 South Tejon
Colorado Springs, CO 80903

**Counsel for Plaintiff: Rhonda Evans Barnsbee**

**Milberg Weiss LLP**
Stephanie Hatzakos
One Pennsylvania Plaza
New York, NY 10119

**Counsel for Plaintiff: Frank Cabrera**
**Counsel for Plaintiffs: Donna Curtis-Robinson and Joseph Robinson**
**Counsel for Plaintiffs: Mary Waters and Lorne Waters**
**Counsel for Plaintiffs: Joseph Carioggia and Linda Carioggia**
**Counsel for Plaintiffs: Henry Harris and William Harris**

**MORGAN MEYERS**
Scott W. Rooney
3200 Greenfield Road
Suite 260
Dearborn, MI 48120-1802

**Counsel for Plaintiff: Sandra Waycaster**

**VICKERY, WALDNER & MALLIA, LLP**
Michael P. Mallia
One Riverway
Suite 1150
Houston, TX 77056-1920

**Counsel for Plaintiff: Richard Reyna**

**The Miller Firm, LLC**
108 Railroad Ave.
Orange, VA 22960

**Counsel for Plaintiff: Terry Ellington**
**Counsel for Plaintiff: James A. Knight**
**Counsel for Plaintiff: Donna McCartney**
**Counsel for Plaintiff: Doris Denise Beamon**

| | |
|---|---|
| **Miller & Wagner, LLP**<br>S. Michael Rose<br>2210 N.W. Flanders Street<br>Portland, OR 97210-3408 | **Counsel for Plaintiffs Jon Snyder and Lisa Snyder** |
| **MOTLEY RICE LLC**<br>Donald A. Migliori<br>321 S. Main Street, 2nd Floor<br>P.O. Box 6067<br>Providence, RI 02940-6067 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Lynn Jones**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Ralph Wayne Swallow** |
| **MOTLEY RICE LLC**<br>Fred Thompson, III<br>Rhett D. Klok<br>Fred Thompson<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Lynn Jones**<br>**Counsel for Plaintiff: Bonnie Tompkins** |
| **MULLIGAN & BANHAM**<br>Elizabeth Anne Banham<br>2442 Fourth Avenue, Suite 100<br>San Diego, CA 92101 | **Counsel for Plaintiffs: Wendy H. Risley, et al.** |
| **Murdock & Associates**<br>Robert E. Murdock<br>520 S. 4th Street, Second Floor<br>Las Vegas, NV 89101 | **Counsel for Plaintiffs: Judy A. Nichol, et al.** |
| **Murray Law Firm**<br>Douglas R. Plymale<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130 | **Counsel for Plaintiff: Debra S. Williams**<br>**Counsel for Plaintiff: Janet Nyberg** |
| **NAPOLI BERN LLP**<br>Christopher R. LoPalo<br>115 Broadway, 12th Floor<br>New York, NY 10006 | **Counsel for Plaintiff: Lynne Kavourgias** |
| **NATHAN & KREVAT**<br>Paul Krevat<br>159 Derby Street<br>Salem, MA 01970 | **Counsel for Plaintiff: Phillip Katsaros** |

| | |
|---|---|
| **Neville J. Bedford**<br>321 South Main Street<br>5th Floor<br>Providence, RI 02903-7108 | **Counsel for Plaintiff: Doris Denise Beamon** |
| **NOVAK, ROBENALT & PAVLIK**<br>Colin P. Sammon<br>950 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, OH 44113 | **Counsel for Plaintiff: Vicki L. Corley**<br>**Counsel for Plaintiff: Margaret Sheets** |
| **Sternlieb & Orleck, PC**<br>Carol Orleck, Esq.<br>5 East Broad St.<br>Newnan, GA 30263 | **Counsel for Plaintiff: Sandra Grizzard and Billy Jack Orleck** |
| **Padwa Law**<br>Jeffrey M. Padwa<br>303 Jefferson Blvd.<br>Warwick, RI 02888 | **Counsel for Plaintiffs: Lois Patillo, et al** |
| **Patton Tidwell & Schroeder, LLP**<br>Carly Slack Anderson<br>4605 Texas Blvd<br>PO Box 5398<br>Texarkana, TX 75505-5398 | **Counsel for Plaintiff: Marion Teague** |

| | |
|---|---|
| **Parker Waichman Alonso LLP**<br>Jerrold S. Parker<br>Andrew Alonso<br>David Krangle<br>111 Great Neck Road, 1st Floor<br>Great Neck, NY 11021 | **Counsel for Plaintiffs: Florence Horowitz, et al.**<br>**Counsel for Plaintiff: Brian Albert Adkins**<br>**Counsel for Plaintiff: Douglas R. Morris**<br>**Counsel for Plaintiff: Delphine Bond**<br>**Counsel for Plaintiff: Susan K. Dixson and Harland Dixson**<br>**Counsel for Plaintiff: Roberta J. McCormick and Howard N. McCormick**<br>**Counsel for Plaintiff: Brenda Gail Near**<br>**Counsel for Plaintiff: Lenora E. Shopp**<br>**Counsel for Plaintiff: Cheryl S. Carr**<br>**Counsel for Plaintiffs: Scott R. Hollander and Carol Hollander**<br>**Counsel for Plaintiff: Pamala Ann Darsow**<br>**Counsel for Plaintiffs: Janice Mae Benshoff and Robert Benshoff**<br>**Counsel for Plaintiff: Bonnie Rea Cullom**<br>**Counsel for Plaintiff: Richard Randy Hill**<br>**Counsel for Plaintiffs: Tabitha Seaman and Vincent Seaman**<br>**Counsel for Plaintiff: Joanne Wormley**<br>**Counsel for Plaintiff: Michael A. Benjamin** |
| **PEDROLI & GAUTHIER**<br>Robert H. Pedroli, Jr.<br>7777 Bomhomme Avenue, Suite 2250<br>Clayton, MO 63105 | **Counsel for Plaintiff: Beverly Diffee** |
| **PHEBUS & KOESTER**<br>Joseph W. Phebus<br>136 W Main Street<br>Urbana, IL 61801 | **Counsel for Plaintiffs: James Daniel Mathein, et al.** |
| **Pierce & Bizal**<br>Gary William Bizal<br>639 Loyola Ave.<br>Suite 1820<br>New Orleans, LA 70113 | **Counsel for Plaintiff: Andy Valence** |

| | |
|---|---|
| **Pittman, Dutton, Kirby & Hellums, P.C.**<br>Leigh King Forstman<br>1100 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 | **Counsel for Plaintiff: Stephanie Theoret** |
| **PLACZEK & FRANCIS**<br>Matthew W. Placzek<br>Angela DeSanctis Myers<br>1722 South Glenstone, Suite J<br>Springfield, Missouri 65804 | **Counsel for Plaintiff: Doris Periman** |
| **Pogust & Braslow, LLP**<br>Harris L. Pogust<br>161 Washington Street, Suite 1520<br>Conshocken, PA 19428 | **Counsel for Plaintiffs: Jenine Von Essen, Et al.**<br>**Counsel for Plaintiff: Joanne Gracyk** |
| **POLITO & QUINN**<br>Michael J. Quinn<br>567 Vauxhall St. Ext.<br>Suite 230<br>Waterford, CT 06385 | **Counsel for Plaintiff: Melissa O. Rivers** |
| **POTTS LAW FIRM, LLC**<br>Derek H. Potts<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105 | **Counsel for Plaintiff: Nancy Skillman**<br>**Counsel for Plaintiff: Erma Lee Ellis**<br>**Counsel for Plaintiff: Kathleen Burke**<br>**Counsel for Plaintiff: Ruth Ann Lassey**<br>**Counsel for Plaintiff: Pricilla Milligan**<br>**Counsel for Plaintiff: Max Givens**<br>**Counsel for Plaintiff: Holly Potts**<br>**Counsel for Plaintiff: John Kyle**<br>**Counsel for Plaintiff: Thomas Redding** |
| **PRICE, WAICUKAUSKI & RILEY, LLC**<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | **Counsel for Plaintiff: Kori Mueller** |

| | |
|---|---|
| **PROVOST UMPHREY LAW FIRM**<br>Christopher T. Kirchmer<br>490 Park Street<br>Beaumont, TX 77701 | **Counsel for Plaintiff: Ruben Cavazos**<br>**Counsel for Plaintiff: Charles Skinner and D'Juanna Skinner**<br>**Counsel for Plaintiff: Arthur J. Halter, Jr.**<br>**Counsel for Plaintiff: Tina Marie Glynn**<br>**Counsel for Plaintiff: Analee Marie Brailas**<br>**Counsel for Plaintiff: Jodies Lynn Luther**<br>**Counsel for Plaintiffs: Philli Stewart, Sr. and Wrennette Stewart** |
| **RAPPAPORT GLASS GREENE & LEVINE LLP**<br>Michael G. Glass<br>1355 Motor Parkway<br>Hauppauge, NY 11749 | **Counsel for Plaintiff: Frank Barone** |
| **Rhonda B Debevec**<br>Rhonda B. Debevec<br>1900 East Ninth Street<br>24 National City Center<br>Cleveland, OH 44114 | **Counsel for Plaintiff: David P. Sherrer and Melissa Sherrer**<br>**Counsel for Plaintiff: James H. Wallace, Jr.** |
| **Robert J. Binstock**<br>4265 San Felipe<br>Suite 1000<br>Houston, TX 77027 | **Counsel for Plaintiff: Ralph Wayne Swallow** |
| **RODANAST, P.C.**<br>801 Estelle Drive<br>Lancaster, PA 17601 | **Counsel for Plaintiffs: Robert L. Albright and Carla Albright**<br>**Counsel for Plaintiff: Pamela Fay Hopkins**<br>**Counsel for Plaintiff: Chad D. Wolf**<br>**Counsel for Plaintiff: Robert C. Lentz**<br>**Counsel for Plaintiffs: James A. Christeck and Frances A. Christeck**<br>**Counsel for Plaintiff: Bill Doyle**<br>**Counsel for Plaintiffs: Daniel J. Rabatin and Ira L. Rabatin**<br>**Counsel for Plaintiffs: Daniel J. Rabatin and Ira L. Rabatin** |

**SAIEVA, ROUSELLE, & STINE LLP**
Thomas Saieva
601 W. Swann Avenue, Suite B
Tampa, FL 33603

**Counsel for Defendants: Town and Country Hospital, LP**

**SEEGER WEISS LLP**
Christopher A Seeger
David R. Buchanan
Scott Alan George
One William Street
New York, NY 10004

**Counsel for Plaintff: Wendy H. Risley, et al.**
**Counsel for Plaintiff: Hadley Scott Smith**

**SHIPMAN & WRIGHT, L.L.P.**
Gary K. Shipman
11 South Fifth Avenue
Wilmington, NC 28401

**Counsel for Plaintiff: C. Dayton Kirk, M.D.**

**Sneed Lang PC**
Brian Timothy Inbody
1700 Williams Center Tower I
One West Third Street
Tulsa, OK 74103-3522

**Counsel for Plaintiff: Robert R. West**

**SPANGENBERG, SHIBLEY & LIBER**
Peter J. Brodhead
Nicholas A. Dicello
1900 East Ninth Street, Suite 2400
Cleveland, OH 44114

**Counsel for Plaintiffs: Richard H. Sayler, et al.**

**STEWART & STEWART**
David W. Stewart
931 South Rangeline Road
Carmel, IN 46032

**Counsel for Plaintiffs: Sandra Werking and Jeffrey Werking**

**Sullivan Papain Block McGrath &** Cannavo P.C.
Andrew J. Carboy
120 Broadway, 18th Floor
New York, NY 10271

**Counsel for Plaintiffs: Thomas D. Hyland, et al.**
**Counsel for Plaintiffs: Sophia Katechis, et al.**

**Swensen, Perer & Kontos**
Brian W. DelVecchio
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219

**Counsel for Plaintiff: Marie McCaffrey**

**Taylor Martino, P.C.**
Steven A. Martino
P.O. Box 894
Mobile, AL 36601

**Counsel for Plaintiff: Evelyn Kirby**

**TERRY BRYANT**
West Memorial Office Park
8584 Katy Freeway, Suite 100
Houston, TX 77024

**Counsel for Plaintiff: Robert Witt**
**Counsel for Plaintiff: Loretta Renee Wilkins**
**Counsel for Plaintiff: Charles Gaddy, Jr**
**Counsel for Plaintiffs: Michael Gardner and Sheryl Gardner**

**Thomas G Eagle Co LPA**
Thomas G Eagle
3386 N State Rt. 123
Lebanon, OH 45036

**Counsel for Plaintiffs: Angela Denise Kitchen and Jerry Kitchen**

**Thomas Minder and Associates**
Jonathan Alan Saul
2151 River Plaza Drive, Suite 290
Sacramento, CA 95833

**Counsel for Plaintiffs: Daniel Poston, et al.**

**TRAVIS M HOLLEY**
P O Drawer 590
Bastrop, LA 71220

**Counsel for Plaintiff: Judith D. Collins**
**Counsel for Plaintiffs: Amy Leanne Barlow and John David Barlow**

**TURLEY LAW FIRM**
Linda Turley
6440 N. Central Expressawy
1000 Turley Law Center
Dallas, TX 75206

**Counsel for Plaintiffs: Robyn Perkins and Danny Perkins**

**Wagner, Crawford and Gambill**
Larry J. Wagner
416 South Sixth Street
P.O. Box 1897
Terre Haute, IN 47808-1897

**Counsel for Plaintiffs: Debra A. Wiltermood and Michael Wiltermood**

| | |
|---|---|
| **WAGSTAFF & CARTMELL, LLP**<br>Jeffrey M. Kuntz<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112 | **Counsel for Plaintiffs: Thomas Duy and Julie Duy**<br>**Counsel for Plaintiff: Wallis Kane**<br>**Counsel for Plaintiff: Connie Rorvig**<br>**Counsel for Plaintiffs: Glen Van Hoose and Debby Van Hoose**<br>**Counsel for Plaintiff: John Whitfield**<br>**Counsel for Plaintiff: Kathleen Burke**<br>**Counsel for Plaintiff: Ruth Ann Lassey**<br>**Counsel for Plaintiff: Pricilla Milligan** |
| **Wexler Toriseva Wallace LLP**<br>Edward A. Wallace<br>Mark R. Miller<br>One N. LaSalle Street, Suite 2000<br>Chicago, IL 60602 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Jeff Boggs** |
| **Wexler Toriseva Wallace LLP**<br>Teresa C. Toriseva<br>Kathy A. Brown<br>1446 National Road<br>Wheeling, WV 26003 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Brenda Gayvont**<br>**Counsel for Plaintiff: Kim Bissett and Roger Bissett** |

**Williams Kherkher Hart Boundas, LLP**
David Willis Alexander
Steven J. Kherkher
John T. Boundas
8441 Gulf Freeway, Ste. 600
Houston, TX 77017

**Counsel for Plaintiff: Kathy A. Shepherd**
**Counsel for Plaintiff: Betsy L. Bynum**
**Counsel for Plaintiff: Roy R. Young**
**Counsel for Plaintiff: Carla Jean Eaves**
**Counsel for Plaintiff: Willis C. Gabbard**
**Counsel for Plaintiff: Shirley L. Wright**
**Counsel for Plaintiff: Gladys Mae Fox**
**Counsel for Plaintiff: Mauro L. Cossentino**
**Counsel for Plaintiff: Margaret M. Allison**
**Counsel for Plaintiff: Helmut G. Andres**
**Counsel for Plaintiff: Patricia W. Byrd**
**Counsel for Plaintiff: Joseph Gene Cattell**
**Counsel for Plaintiff: Ivy Jones Collins, III**
**Counsel for Plaintiff: Billy Richardson Davidson**
**Counsel for Plaintiff: Ida F. Dillon**
**Counsel for Plaintiff: Wilma Marguerite Knotts**
**Counsel for Plaintiff: Arthur L. Lewis**
**Counsel for Plaintiff: Roy Edward Newsom**
**Counsel for Plaintiff: Charles M. Nichols**
**Counsel for Plaintiff: Ricky Allen Phares**
**Counsel for Plaintiff: Jocelyn P. Riebe**
**Counsel for Plaintiff: Susan Theresa Roberts**
**Counsel for Plaintiff: Patsy Ann Shepherd**
**Counsel for Plaintiff: Pamela A. Wilson**
**Counsel for Plaintiff: Dorothy May Wurtz-Bright**
**Counsel for Plaintiff: Margurite Adams**
**Counsel for Plaintiff: Christopher B. Brown**
**Counsel for Plaintiff: Roselin J. Castro**
**Counsel for Plaintiff: Donna G. Edens**
**Counsel for Plaintiff: Barbara A. Johnson**
**Counsel for Plaintiff: Susan E. Kasem**
**Counsel for Plaintiff: Dwight D. Whetro**
**Counsel for Plaintiff: Donnie Nunley**
**Counsel for Plaintiff: Allen D. Townsend**
**Counsel for Plaintiff: Clifford Sanford**
**Counsel for Plaintiff: James E. McCormick**
**Counsel for Plaintiff: Alice Marie Barnes**
**Counsel for Plaintiff: Aaron G. Brown**
**Counsel for Plaintiff: Sandra E. Landry**

**Counsel for Plaintiff: Carol Lee Moreau**
**Counsel for Plaintiff: Sharon A. Shafer**
**Counsel for Plaintiff: Anna Marie Vera**
**Counsel for Plaintiff James Anthony Gardner**
**Counsel for Plaintiff: Deborah G. Alford**
**Counsel for Plaintiff: Stephen G. Merritt**
**Counsel for Plaintiff: Robin A. Bolton**
**Counsel for Plaintiff: Mary B. Brown**
**Counsel for Plaintiff: Diana M. Burton**
**Counsel for Plaintiff: Rita D. Chandler**
**Counsel for Plaintiff: William J. Isch**
**Counsel for Plaintiff: Barbara S. Kendall**
**Counsel for Plaintiff: David Leis**
**Counsel for Plaintiff: James B. Samuel**
**Counsel for Plaintiff: Deanne P. Turco**
**Counsel for Plaintiff: Luis Aguilar-Rodriguez**
**Counsel for Plaintiff: Shawn Ray Brown**
**Counsel for Plaintiff: Carol A. Bishop**
**Counsel for Plaintiff: Chester Wilson Brumley**
**Counsel for Plaintiff: Lydia G. Cole**
**Counsel for Plaintiff: Gwen A. Cooney**
**Counsel for Plaintiff: Dorothy M. Davis**
**Counsel for Plaintiff: Dorothy A. Cooney**
**Counsel for Plaintiff: Michele L. Farmer**
**Counsel for Plaintiff: Thomas Joseph Gillogy**
**Counsel for Plaintiff: Rodney Lee Hammonds**
**Counsel for Plaintiff: Jeffrey Clark Hatcher**
**Counsel for Plaintiff: Ronnie Lee Henson**
**Counsel for Plaintiff: Debbie Lynn Hernandez**
**Counsel for Plaintiff: Maurice Patrick Hintz**
**Counsel for Plaintiff: Margaret Ann Ingram**
**Counsel for Plaintiff: Joyce Ann Johnson**
**Counsel for Plaintiff: Marian M .Koryciak**
**Counsel for Plaintiff: Danny Ray Pritchett**
**Counsel for Plaintiff: Donald A. Schwarzenbart**
**Counsel for Plaintiff: Melinda S. Votion**

**Counsel for Plaintiff: Joe S. Larson**
**Counsel for Plaintiff: Howard Ray Maness**
**Counsel for Plaintiff: Darrel J. McMellon**
**Counsel for Plaintiff: Kathlyn Miller**
**Counsel for Plaintiff: David C. Mitter**
**Counsel for Plaintiff: Pamela S. Owens**
**Counsel for Plaintiff: Gracie Denise Owens**
**Counsel for Plaintiff: Elsie J. Patch**
**Counsel for Plaintiff: Theresa Smith**
**Counsel for Plaintiff: Nikki J. Wright**
**Counsel for Plaintiff: Buford H. Adkins**
**Counsel for Plaintiff: Charoletta C. Blackmon**
**Counsel for Plaintiff: Georgiana K. Donohoo**
**Counsel for Plaintiff: Craig E. Freese**
**Counsel for Plaintiff: Richard T. Gillespie**
**Counsel for Plaintiff: Marvin D. Holler**
**Counsel for Plaintiff: Lawrence Paul Horne**
**Counsel for Plaintiff: Warren Scott Hugelier**
**Counsel for Plaintiff: Richard E. Wolfsheimer**
**Counsel for Plaintiff: Ann Margaret Wright**
**Counsel for Plaintiff: W.L. Akins**
**Counsel for Plaintiff: Amado Alejos**
**Counsel for Plaintiff: James C. Andrews**
**Counsel for Plaintiff: David L. Arnold**
**Counsel for Plaintiff: Michele Marie Beck**
**Counsel for Plaintiff: Harry F. Berrios**
**Counsel for Plaintiff: Sandra S. Borowski**
**Counsel for Plaintiff: Ronald Wayne Bradshaw**
**Counsel for Plaintiff: Claudette Dashawn Brown**
**Counsel for Plaintiff: Betty Camus**
**Counsel for Plaintiff: Frances Oveda Carroll**
**Counsel for Plaintiff: Kellie Darlene Deal**
**Counsel for Plaintiff: Josef A. Dillman**
**Counsel for Plaintiff: George Ward Fellabaum**
**Counsel for Plaintiff: Kelly M. Follin**
**Counsel for Plaintiff: Janie Marie Gaines**

**Counsel for Plaintiff: Kristy Lee Geer**
**Counsel for Plaintiff: Harold Gomez**
**Counsel for Plaintiff: Donald N. Gregg**
**Counsel for Plaintiff: Jose L. Gutierrez, Jr.**
**Counsel for Plaintiff: Margo Lynn Hilton**
**Counsel for Plaintiff: Aubrey L. Hineman**
**Counsel for Plaintiff: Joanna P. Kelly**
**Counsel for Plaintiff: Fay M. King**
**Counsel for Plaintiff: Cody R. Klewin**
**Counsel for Plaintiff: Steven L. Lawson**
**Counsel for Plaintiff: David Dean Lay**
**Counsel for Plaintiff: Linda Y. Leonard**
**Counsel for Plaintiff: Levi D. Madison**
**Counsel for Plaintiff: Christine Marie Mallett**
**Counsel for Plaintiff: Ellie Mae Kendrick**
**Counsel for Plaintiff: Trevus Gail Manning**
**Counsel for Plaintiff: Deborah D. McBride**
**Counsel for Plaintiff: Charles Winston McCray**
**Counsel for Plaintiff: Reta Faye Miller**
**Counsel for Plaintiff: John M. Morgan**
**Counsel for Plaintiff: Deward A. Myers**
**Counsel for Plaintiff: Charles S. Nay**
**Counsel for Plaintiff: Linda Sue Nichols**
**Counsel for Plaintiff: William Leonard Norris**
**Counsel for Plaintiff: Blaine O. Allen**
**Counsel for Plaintiff: Katrina Ann Howland**
**Counsel for Plaintiff: Maria Torres**
**Counsel for Plaintiff: Bonnie Louise Adkins**
**Counsel for Plaintiff: Dorothy Kerns Blair**
**Counsel for Plaintiff: Mary H. Brown**
**Counsel for Plaintiff: Shirley Faye Chatham**
**Counsel for Plaintiff: Leonard Clay Davis**
**Counsel for Plaintiff: Lisa Dawn Forsee**
**Counsel for Plaintiff: Anita L. Gaudet**
**Counsel for Plaintiff: Geralyn L. Hurt**
**Counsel for Plaintiff: Hali Anne Joiner**
**Counsel for Plaintiff: Eileen B. Matonak**

**Counsel for Plaintiff: Steve H. McClanahan**
**Counsel for Plaintiff: Regina Ann Banks**
**Counsel for Plaintiff: David Jack Baughn**
**Counsel for Plaintiff: Charles P. Berry**
**Counsel for Plaintiff: William Dan Tuner**
**Counsel for Plaintiff: Randee P. Van Ness**
**Counsel for Plaintiff: Kevin W. Vecchio**
**Counsel for Plaintiff: Daniel E. Velasco**
**Counsel for Plaintiff: Kevin Patrick Walsh, Sr.**
**Counsel for Plaintiff: Helen Faye Wright**
**Counsel for Plaintiff: Anthony j. Zuccarello**
**Counsel for Plaintiff: Thomas Leo Boone**
**Counsel for Plaintiff: Jeanine M. Camacho**
**Counsel for Plaintiff: Amelia M. Cortez**
**Counsel for Plaintiff: Roland J. Gilbert**
**Counsel for Plaintiff: Christopher A. Hargis**
**Counsel for Plaintiff: Jane Ellis O'Connell**
**Counsel for Plaintiff: William N. Klein**
**Counsel for Plaintiff: Jeffrey Terrell Lancaster**
**Counsel for Plaintiff: Teresa C. Martin**
**Counsel for Plaintiff: Kenneth Dean Moats**
**Counsel for Plaintiff: Lloyd Raymond Neal**
**Counsel for Plaintiff: Paula M. O'Brien**
**Counsel for Plaintiff: Kathy B. Peterson**
**Counsel for Plaintiff: Michael Craig Phillips**
**Counsel for Plaintiff: Margaret T. Pieser**
**Counsel for Plaintiff: Stacy L. J. Price**
**Counsel for Plaintiff: Charles A. Rees**
**Counsel for Plaintiff: James A. Reid**
**Counsel for Plaintiff: Tracy S. Reitzel**
**Counsel for Plaintiff: Harold W. Ritchie**
**Counsel for Plaintiff: Terry T. Robinson**
**Counsel for Plaintiff: Alexander Rodriguez**
**Counsel for Plaintiff: Judith Ann Rouiller**
**Counsel for Plaintiff: Hernando Rubio**

**Counsel for Plaintiff: Jackie L. Shirley**
**Counsel for Plaintiff: Olivia Solis**
**Counsel for Plaintiff: Gerald S. Solomon**
**Counsel for Plaintiff: Susan Jane Strehlo**
**Counsel for Plaintiff: Arthur J. Stewart**
**Counsel for Plaintiff: Tony C. Tambrello**
**Counsel for Plaintiff: John Walter Althoff**
**Counsel for Plaintiff: Mary Elizabeth Bio**
**Counsel for Plaintiff: Laura Lea Barnett**
**Counsel for Plaintiff: Kathy M. Brewer**
**Counsel for Plaintiff: Sharon L. Dattilo**
**Counsel for Plaintiff: Cosimo De Vincentis**
**Counsel for Plaintiff: Ramona A. Griggie**
**Counsel for Plaintiff: Alicia L. Morales**
**Counsel for Plaintiff: Alan George Moses**
**Counsel for Plaintiff: Carolyn M. Parker**
**Counsel for Plaintiff: Ruby N. Parks**
**Counsel for Plaintiff: Michael William Rea**
**Counsel for Plaintiff: Steven James Tallaksen**
**Counsel for Plaintiff: James Clinton Thomas**
**Counsel for Plaintiff: Paul David Bourbon**
**Counsel for Plaintiff: Tommy Keith Johnson**
**Counsel for Plaintiff: Terry L. Kelly**
**Counsel for Plaintiff: Wayne Allen Rourke**
**Counsel for Plaintiff: Frances L. Rita**
**Counsel for Plaintiff: Donald G. Johnson**
**Counsel for Plaintiff: Donna W. Alvarez**
**Counsel for Plaintiff: Kenneth D. Andrews**
**Counsel for Plaintiff: Kathryn D. Bailey**
**Counsel for Plaintiff: James John Bodnar**
**Counsel for Plaintiff: Melody A. Brown**
**Counsel for Plaintiff: Alice Marie Bustamante**
**Counsel for Plaintiff: Andrea D. Dawkins**
**Counsel for Plaintiff: Anthony J. Dabo, Jr.**
**Counsel for Plaintiff: David N. Camarote**
**Counsel for Plaintiff: Kimberlee H. Dean**
**Counsel for Plaintiff: Ricky Eugene Earnhardt**
**Counsel for Plaintiff: Bonnie Lou Farmer**
**Counsel for Plaintiff: Kyle E. Ferdig**
**Counsel for Plaintiff: Marie Frank**

**Counsel for Plaintiff: Theresa Garza**
**Counsel for Plaintiff: Maria Lou Glascock**
**Counsel for Plaintiff: Tasha D. Hansard**
**Counsel for Plaintiff: Lori J. Johnson**
**Counsel for Plaintiff: Rebecca Joanne McCormick**
**Counsel for Plaintiff: Phyllis J. Miller**
**Counsel for Plaintiff: Rose Marie Miller-Consoli**
**Counsel for Plaintiff: Pauline B. Murrell**
**Counsel for Plaintiff: Connie Mae Painter**
**Counsel for Plaintiff: Marvin E. Parker**
**Counsel for Plaintiff: Rachel Ramos**
**Counsel for Plaintiff: Joeanne Reed**
**Counsel for Plaintiff: Eleanor Ruth Reynolds**
**Counsel for Plaintiff: Deborah Lynn Romero**
**Counsel for Plaintiff: Michael Ruggles**
**Counsel for Plaintiff: Patty Lou Scott**
**Counsel for Plaintiff: Nve Leanne Shortnacy-Jackson**
**Counsel for Plaintiff: Camille Nicole Thompson**
**Counsel for Plaintiff: Patsy A. Tucker**
**Counsel for Plaintiff: Ruby M. Vines**
**Counsel for Plaintiff: Brenda E. Vogan**
**Counsel for Plaintiff: Richard Lee Wahl**
**Counsel for Plaintiff: Monty R. Wallace**
**Counsel for Plaintiff: Thomas H. Walsh**
**Counsel for Plaintiff: Tina Lee Ward**
**Counsel for Plaintiff: Tamala Christine Wilson**
**Counsel for Plaintiff: Dan Lewis Zachariah**
**Counsel for Plaintiff: Deborah Martina Spicer-Yates**
**Counsel for Plaintiff: Louis D. Andelmo**
**Counsel for Plaintiff: Margaret E. Belk**
**Counsel for Plaintiff: Asha Z. Bowen**
**Counsel for Plaintiff: Leesa K. Bristow**
**Counsel for Plaintiff: Terri Ann Bruce**
**Counsel for Plaintiff: Michael Bolton**
**Counsel for Plaintiff: Norma Thomas Cartright**
**Counsel for Plaintiff: Victoria L. Chavez**
**Counsel for Plaintiff: Andy Cordova**

**Counsel for Plaintiff: Barbara A. Cornell**
**Counsel for Plaintiff: Robert Lyn Kearney**
**Counsel for Plaintiff: Dianna R. Kelley**
**Counsel for Plaintiff: Valorie Dean Kelly**
**Counsel for Plaintiff: Peggy O'Neill Little**
**Counsel for Plaintiff: Gilbert Jeffrey Lyons**
**Counsel for Plaintiff: Elaine Dorothy Madira**
**Counsel for Plaintiff: Winnie Maye McCartney**
**Counsel for Plaintiff: Kathy A. Patterson**
**Counsel for Plaintiff: Sarah L. Whitmore**
**Counsel for Plaintiff: Miron D. Bristow**
**Counsel for Plaintiff: Joe L. Brown**
**Counsel for Plaintiff: Kelli M. Cecil**
**Counsel for Plaintiff: William N. DeBoard**
**Counsel for Plaintiff: Katherine M. Dunn**
**Counsel for Plaintiff: Romualdo Vences Gama**
**Counsel for Plaintiff: Karen L. Gates**
**Counsel for Plaintiff: Guadalupe V. Gonzalez**
**Counsel for Plaintiff: Delores R. Curry**
**Counsel for Plaintiff: Sondra Lee Ditty**
**Counsel for Plaintiff: Kenneth M. Garfono**
**Counsel for Plaintiff: Joseph Daniel Harb**
**Counsel for Plaintiff: Travis W. Harris, Jr.**
**Counsel for Plaintiff: Carl James Johnson**
**Counsel for Plaintiff: Robert Scott Jones**
**Counsel for Plaintiff: William O. King**
**Counsel for Plaintiff: Jeffrey M. Knisbacher**
**Counsel for Plaintiff: Nadean K. Kovarik**
**Counsel for Plaintiff: Roger W. Maupin**
**Counsel for Plaintiff: Bruce Everette Morrison**
**Counsel for Plaintiff: Melissa Kay Neeley**
**Counsel for Plaintiff: Pamela Ruth Parker**
**Counsel for Plaintiff: Brent S. Rice**
**Counsel for Plaintiff: Tommie J. Thomas**
**Counsel for Plaintiff: Gairee A. Trigg, Sr.**
**Counsel for Plaintiff: Mark A. Woods**
**Counsel for Plaintiff: Carl E. Scott**
**Counsel for Plaintiff: Paul E. Lang, Sr.**
**Counsel for Plaintiff: Beverly Ruth Learn**

**Counsel for Plaintiff: Dixie Ann Lee**
**Counsel for Plaintiff: Mary Jane Maciel**
**Counsel for Plaintiff: Julie Diane Martin**
**Counsel for Plaintiff: Richard Jay Martin**
**Counsel for Plaintiff: Betty Jo McCrorie**
**Counsel for Plaintiff: Evangeline H. Mercadel**
**Counsel for Plaintiff: Cora L. Metcalf**
**Counsel for Plaintiff: Scott David Montague**
**Counsel for Plaintiff: Jesse A. Moore**
**Counsel for Plaintiff: Paul F. Nystrom**
**Counsel for Plaintiff: Douglas A Salomon**
**Counsel for Plaintiff: Marilyn A. Samet**
**Counsel for Plaintiff: Lucille C. Smith**
**Counsel for Plaintiff: Kate Katherine Taylor**
**Counsel for Plaintiff: Marty D. Tolen**
**Counsel for Plaintiff: Frances Althea Vickery**
**Counsel for Plaintiff: Debbie Lynn Wagner**
**Counsel for Plaintiff: Juan M. Ballesteros**
**Counsel for Plaintiff: Bruce M. Beaudoin**
**Counsel for Plaintiff: Deborah June Bilbrey**
**Counsel for Plaintiff: Mary Jane Bohm**
**Counsel for Plaintiff: Jeri Burger**
**Counsel for Plaintiff: Mary C. Chennault**
**Counsel for Plaintiff: Ella Mae Christensen**
**Counsel for Plaintiff: Jim Edward Curtis**
**Counsel for Plaintiff: Reda M. Dailey**
**Counsel for Plaintiff: Barbara A. Dockery**
**Counsel for Plaintiff: Davida Gavin**
**Counsel for Plaintiff: Joseph William Halfacre**
**Counsel for Plaintiff: Lewis W. Harris**
**Counsel for Plaintiff: Todd R. Johnson**
**Counsel for Plaintiff: Noe C. Juarez**
**Counsel for Plaintiff: Inta Meya**
**Counsel for Plaintiff: James Sterling Mullen**
**Counsel for Plaintiff: Rosalie O'Leary**
**Counsel for Plaintiff: Virginia L. Olsen**
**Counsel for Plaintiff: John E. Palmer**
**Counsel for Plaintiff: Ralph L. Parks**

**Counsel for Plaintiff: Barbara Jean Petry**
**Counsel for Plaintiff: Clinton E. Piper**
**Counsel for Plaintiff: Leora J. Powell**
**Counsel for Plaintiff: Ronald Michael Rosa**
**Counsel for Plaintiff: John Howard Russell**
**Counsel for Plaintiff: Stanley Ray Slone**
**Counsel for Plaintiff: James E. Smiley**
**Counsel for Plaintiff: Vernon G. Stewart**
**Counsel for Plaintiff: Cherie Borst Stockard**
**Counsel for Plaintiff: Sharon D. Thomas-Stewart**
**Counsel for Plaintiff: Remigio B. Troya**
**Counsel for Plaintiff: Morris R. Weibel**
**Counsel for Plaintiff: Brianna M. West**
**Counsel for Plaintiff: Barbara Jean Wright**
**Counsel for Plaintiff: Christopher Batiste**
**Counsel for Plaintiff: Shannon Philburn**
**Counsel for Plaintiff: Karl A. Younger**
**Counsel for Plaintiff: Susan Kay Bestwick**
**Counsel for Plaintiff: Sharon Carrie Conaway**
**Counsel for Plaintiff: David F. Poppy**
**Counsel for Plaintiff: Marisol Soto**
**Counsel for Plaintiff: Steven Torres**
**Counsel for Plaintiff: Charles Robert Anderson, et al**
**Counsel for Plaintiff: Daniel F. Barker, et al**
**Counsel for Plaintiff: Mark C. Sharkozy**
**Counsel for Plaintiff: Edward Navis**
**Counsel for Plaintiff: Janice Sloan**
**Counsel for Plaintiff: Lillian Hernandez**
**Counsel for Plaintiff: Jessie Ann Gifford**
**Counsel for Plaintiff: Terry Lynn Giaccetti**
**Counsel for Plaintiff: Walter R. Grove**
**Counsel for Plaintiff: Dustin R. Wake**
**Counsel for Plaintiff: Jill A. Welmer**
**Counsel for Plaintiff: Thomas Donald Walker**

**Affiliated Defense Counsel Affected by this Notice:**

**Morrison Mahoney LLP**
Mark T. Nugent
Thomas M. Robinson
121 South Main Street
Suite 600
Providence, RI 02903

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

**Eckland & Blando LLP**
Mark Blando
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

**HERMANN CAHN & SCHNEIDER LLP**
Jeffrey S. Moeller
1301 East Ninth Street, Suite 500
Cleveland, Ohio 44114-1876

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

**ELDRIDGE, COOPER, STEICHEN & LEACH PLLC**
Thomas E. Steichen
Jessica L. Dickerson
PO Box 3566
Tulsa, OK 74101-3566

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

/s/
Kirby T. Griffis