Cat08, MDL, McHargh, Termed

# U.S. District Court
# Northern District of Ohio (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:08−cv−00243−SO

Nyberg v. C.R. Bard, Inc., et al
Assigned to: Judge Solomon Oliver, Jr
Cause: 28:1332 Diversity−Product Liability

Date Filed: 01/30/2008
Date Terminated: 03/31/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Janet Nyberg** represented by

**Douglas R. Plymale**
Murray Law Firm
Ste. 2150
650 Poydras Street
New Orleans, LA 70130
504−648−0180
Fax: 504−648−0181
Email: dplymale@dugan−lawfirm.com
*ATTORNEY TO BE NOTICED*

**James R. Dugan, II**
Murray Law Firm
2550 LLETower
650 Poydras Street
New Orleans, LA 70130
504−648−0180
Fax: 504−648−0181
Email: jdugan@dugan−lawfirm.com
*ATTORNEY TO BE NOTICED*

**John R. Climaco**
Climaco, Lefkowitz, Peca, Wilcox &Garofoli
Ste. 1950
55 Public Square
Cleveland, OH 44113
216−621−8484
Fax: 216−771−1632
Email: jrclim@climacolaw.com
*ATTORNEY TO BE NOTICED*

**Scott D. Simpkins**
Climaco, Lefkowitz, Peca, Wilcox &Garofoli
Ste. 1950
55 Public Square
Cleveland, OH 44113
216−621−8484
Fax: 216−771−1632
Email: sdsimp@climacolaw.com
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray, Jr.**

Murray Law Firm
2550 LLETower
909 Poydras Street
New Orleans, LA 70112−4000
504−525−8100
Fax: 504−584−5249
Email: smurrayjr@murray−lawfirm.com
*ATTORNEY TO BE NOTICED*

**Stephen B. Murray, Sr.**
Murray Law Firm
Ste. 2550
909 Poydras Street
New Orleans, LA 70112
504−525−8100
Fax: 504−584−5249
Email: smurray@murray−lawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.** represented by

**Gary D. Hermann**
Hermann, Cahn &Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216−781−5515
Fax: 216−781−1030
Email: ghermann@hcsattys.com
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moeller**
Hermann, Cahn &Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216−781−5515
Fax: 216−781−1030
Email: jmoeller@hcsattys.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by

**Gary D. Hermann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moeller**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2008 | " 1 | **Complaint** with jury demand against all defendants. Filing fee $ 350, receipt number 0647000000002837772, filed by Janet Nyberg. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons) (Simpkins, Scott) (Entered: 01/30/2008) |
| 01/30/2008 | " | Judge Solomon Oliver, Jr assigned to case. (Ja,N) (Entered: 01/30/2008) |
| 01/30/2008 | " | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge McHargh. (Ja,N) (Entered: 01/30/2008) |
| 01/30/2008 | " 2 | Summons and Magistrate Consent Form issued to counsel for service upon C.R. Bard, Inc. &Davol, Inc. (Attachments: # 1 Magistrate Consent Form) (Ja,N) (Entered: 01/30/2008) |
| 03/18/2008 | " 3 | Notice of Magistrate Consent form (D,M) (Entered: 03/18/2008) |
| 03/21/2008 | " 4 | Unopposed **Motion** for stay *of Proceedings Pending Transfer to Federal MDL* filed by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Sixtieth 7.5(e) Notice of Potential Tag−Along, # 2 Proposed Order Granting Defendants C.R. Bard, Inc. and Davol Inc.'s Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL)(Moeller, Jeffrey) Modified text on 3/24/2008 (B,B). (Entered: 03/21/2008) |
| 03/31/2008 | " | **Order** [non−document] granting defendant's unopposed motion for stay of proceeding pending transfer to Federal MDL. (Related Doc # 4 ). (S,R) Modified on 3/31/2008 (S,R). (Entered: 03/31/2008) |
| 04/17/2008 | " 5 | **Conditional Transfer Order** (CTO−17) by Judicial Panel on Multidistrict Litigation transferring case to District of Rhode Island and assigned to Judge Mary M. Lisi as case number CA 08−2438. (S,J) (Entered: 04/17/2008) |